

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR01-0047-CBM |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Steven Bradford Munn | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown personal information, no bail

1 | resources known; present allegations

2

3

4 | and/or

5 B. [X] The defendant has not met his/~~her~~ burden of establishing by
6 | clear and convincing evidence that he/~~she~~ is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: underlying charges, criminal history;
10 | substance abuse history

11

12

13

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.

16

17 | Dated: April 1, 2009

18

19 | JEFFREY W. JOHNSON
20 | UNITES STATES MAGISTRATE JUDGE